UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SIMON ZHANG,

Plaintiff,

v.

U.S. CITIZENSHIP AND IMMIGRATION SERVICES,

Defendant.
-------------------------------------------------------------X

JUDGMENT

25-cv-01600-EK

An Order of the Honorable Eric Komitee, United States District Judge, having been filed on June 12, 2025, dismissing this action for lack of subject matter jurisdiction, *Decker v. Nw. Envtl. Def. Ctr.*, 568 U.S. 597, 609 (2013); it is

ORDERED and ADJUDGED that this action is dismissed for lack of subject matter jurisdiction, *Decker v. Nw. Envtl. Def. Ctr.*, 568 U.S. 597, 609 (2013).

Dated: Brooklyn, New York
June 16, 2025

Brenna B. Mahoney
Clerk of Court

By: */s/Jalitza Poveda*
Deputy Clerk